AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

**DIRECTV, Inc.**

V.

Richard A. Paiva

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12338 JLT

TO: (Name and address of Defendant)

Richard A. Paiva
112 Oak Street
Middleboro, MA 02346

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Norhtampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ _days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY _____   11/20/03
CLERK                             DATE

(By) DEPUTY CLERK



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

March 1, 2004

I hereby certify and return that on 2/27/2004 at 10:30 am I served a true and attested copy of the summons and complaint with civil action cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Richard A. Paiva, , 112 Oak Street Middleboro, MA 02346 and by mailing 1st class to the above address on 2/27/2004. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($17.60), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $55.10

_E J Wieder_
Deputy Sheriff

Deputy Sheriff Edward J. Wiedemann

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.