UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 03cv12338 JLT |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S REQUEST** |
| | ) **FOR ENTRY OF DEFAULT** |
| Richard A Paiva | ) |
| Defendant | ) |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Richard A Paiva**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

3/23/04
Date

John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 23 day of May, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Richard A Paiva
112 Oak St.
Middleboro, MA

_____
John M. McLaughlin, Esq.